IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARK A. FREY and LORI A. FREY,

Defendants.                                             No. 12-cv-00143-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending now before the Court is plaintiff United States' request for a default judgment (Doc. 10) and plaintiff's request to withdraw its request for default judgment (Doc. 12). Plaintiff requests the withdrawal based on defendants filing a Chapter 7 bankruptcy proceeding.

**IT IS HEREBY ORDERED** that plaintiff's request to withdraw its request for a default judgment is **GRANTED.**

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. §362(a), defendants' filing of a petition for bankruptcy shall operate as a stay of the current action.

**IT IS SO ORDERED.**

Signed this 4th day of March, 2013.

Digitally signed by
David R. Herndon
Date: 2013.03.04
14:14:32 -06'00'

**Chief Judge**
**United States District Court**