IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARK A. FREY and LORI A. FREY,

Defendants.                                              No. 12-cv-00143-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiff, United States of America's motion for voluntary dismissal of the action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 14). The Court **ACKNOWLEDGES** said motion and holds that this action is **DISMISSED without prejudice.** The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Signed this 15th day of March, 2013.

Digitally signed by
David R. Herndon
Date: 2013.03.15
10:14:44 -05'00'

Chief Judge
United States District Court